Kavon Adli, California State Bar No. 203040
Seth W. Wiener, California State Bar No. 203747
THE INTERNET LAW GROUP
9100 Wilshire Boulevard, Suite 725 E
Beverly Hills, California 90212
Telephone Number: (310) 910-1496
Facsimile Number: (310) 356-3257

Attorneys for Specially-Appearing Defendant
IMPULSE REPAIR LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY-LISA GUILLAUME, an individual; <br> ROBERT LAICH, an individual; <br> RYAN ARTOLACHIPE, an individual; <br> BRYCE MACCHARLES, an individual; <br> GRACIELA SAENZ, an individual; <br> SARAH SMITH, an individual; <br> JADE WALLIS, an individual; <br><br> Plaintiffs, <br><br> vs. <br><br> IMPULSE REPAIR LLC, a Utah limited liability company; and DOES 1-100, inclusive; <br><br> Defendants. | Case No.: 2:21-cv-06067 RGK (RAOx) <br><br> **DECLARATION OF JENNIFER GRAHN IN SUPPORT OF MOTION TO DISMISS COMPLAINT** <br><br> Date:   September 7, 2021 <br> Time:   9:00 a.m. <br> Judge:  R. Gary Klausner <br> Ctrm.:  850 |

I, Jennifer Grahn, declare:

    1.    I am an agent of Impulse Repair LLC, and I am authorized to make this Declaration on its behalf. I have personal knowledge of the facts in this Declaration, or

Declaration
Page **1**

base them on business records provided to me, and if called as a witness could testify competently thereto.

2. Impulse Repair LLC is organized under the laws of the State of Utah, and its principal place of business is in the State of Utah.

3. Impulse Repair LLC does not: (1) have a license or registration to transact business in California; (2) have any members resident in California; (3) employ anyone in California; (4) own real property in California; (5) have an office in California; (6) pay income taxes in California; or (7) maintain a bank account in California.

4. I have reviewed the Complaint for Damages: Violations of California Restrictions of Unsolicited Commercial E-Mail (Cal. Bus. & Prof. Code § 17529.5) in this action. I have also reviewed the 211 emails provided by Plaintiffs' counsel to Impulse Repair LLC's counsel.

5. Impulse Repair LLC relies solely on independent contractors known as "publishers" or "affiliates" to send emails advertising Impulse Repair LLC's services. These publishers send emails advertising multiple companies, and not just Impulse Repair LLC. Third party publishers control all aspects of transmitting the emails and make fundamental decisions concerning the emails themselves, including choosing each email's recipient.

6. Impulse Repair LLC does not decide the recipients of the emails that publishers send. Impulse Repair LLC does not know, does not direct, and has no control over, where the emails are sent.

7. With respect to the emails at issue in this action, Impulse Repair LLC had no information as to where the emails were sent, or in what states email recipients resided in, other than as identified in the operative complaint and document supplied to it in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in the State of Utah on 7/22/2021.

_____
Jennifer Grahn